## HARRIS v. STATE OF INDIANA.

[No. 22,586. Filed April 22, 1914.]

1. CRIMINAL LAW.—*Appeal.*—*Death of Appellant Pending Appeal.* —*Dismissal.*—The death of appellant while his appeal from a judgment of conviction is pending renders the questions presented moot, and requires a dismissal of the appeal.   p. 504.

From Johnson Circuit Court; *William E. Deupree,* Judge.

Prosecution by the State of Indiana against William M. Harris. From a judgment of conviction, the defendant appeals. *Appeal dismissed.*

*L. E. Ritchey,* for appellant.

*Thomas M. Honan,* Attorney-General, and *Thomas H. Branaman,* for the State.

PER CURIAM.—Appellant was convicted in the court below of embezzlement and sentenced to serve an indeterminate term of imprisonment of not less than two or more than fourteen years. From that judgment, he appealed and

assigned errors in this court January 23, 1914. The Attorney-General has filed for the State a verified motion to dismiss the appeal in which it is shown that appellant died March 5, 1914. The death of appellant makes the questions involved in the appeal moot and, on the authority of *Gibson* v. *State* (1912), 178 Ind 315, 99 N. E. 424, the motion of the State is sustained and the appeal dismissed.

NOTE.—Reported in 104 N. E. 969.